UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 12-CR-732 (VEC) |
| SAMUEL TORRES, Defendant. | : | ORDER |

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties must appear for a status conference on **Thursday, July 23, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: July 17, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**