UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 12-CR-732 (VEC) |
| SAMUEL TORRES, Defendant. | : | ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 23, 2026, the parties appeared for a conference, the Defendant was arraigned on the Violation of Supervised Release ("VOSR"), dated July 16, 2026, and Defendant pled not guilty.

IT IS HEREBY ORDERED that, as soon as practicable, the Parties shall submit to the Court for its approval a protective order governing the exchange of discovery in this matter.

IT IS HEREBY FURTHER ORDERED that, not later than close of business on **Friday, July 24, 2026**, the Government must produce to Defendant all discovery regarding the criminal conduct that underlies the VOSR that was obtained from the Bronx County District Attorney's Office and the New York City Police Department.

IT IS HEREBY FURTHER ORDERED that the parties must appear for a status conference on **September 24, 2026 at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: July 23, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**