**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

September 21, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/22/2026

**BY ECF**
The Honorable Valerie Caproni
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**Re: *United States v. Samuel Torres*, 12 Cr. 732 (VEC)**

Dear Judge Caproni:

The Government respectfully writes on behalf of the parties to request an adjournment of the September 24, 2026 status conference regarding the pending violation of supervised release proceedings. The parties seek the requested adjournment principally because (i) defense counsel will be out of state due to the recent passing of a family member, and (ii) the Government understands that members of the Probation Office may be unable to attend due to an office-wide training obligation. Accordingly, the parties respectfully request that the Court adjourn the September 24, 2026 status conference to a date on or after October 19, 2026, which will accommodate defense counsel's ongoing trial schedule. The requested adjournment will also afford the parties additional time to continue discussions about a possible disposition of the pending violations. This is the first request for an adjournment of the status conference.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: [signature]
ANDREW N. STAHL
Special Assistant United States Attorney
(212) 637-2456

cc (by ECF): Javier Solano, Esq.

Application GRANTED. The status conference scheduled in this matter for Thursday, September 24, 2026, is hereby ADJOURNED to **Thursday, October 22, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The Court extends its condolences to Mr. Solano.

SO ORDERED.

09/22/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE