UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

SAMUEL TORRES,

Defendant.

------------------------------------------------------------------X

12-CR-732 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the conference currently scheduled for October 22, 2026, at 2:30 P.M. is hereby ADJOURNED *sine die*. The Parties are directed to file a joint letter on the docket no later than **Thursday, October 29, 2026**, regarding the status of Mr. Torres's pending state criminal case.

**SO ORDERED.**

**Date: October 22, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**